IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 06-4100-WDS |
| | ) | |
| STEVEN M. COUCH, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

**STIEHL, District Judge:**

    This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

    **IT IS SO ORDERED.**

    **DATED: November 13, 2006.**

                                        **s/ WILLIAM D. STIEHL**
                                            **DISTRICT JUDGE**

Case reassigned to United States District Judge Michael J. Reagan. All future pleadings shall bear Case No. 06-4100-MJR.